USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANASTACIO GARCIA DELFINO, ANGEL
AVILES CRUZ, ERNESTO GARCIA
MALDONADO, and REFUGIO REYES,

                Plaintiffs,

-against-

HERALD SQUARE MARKET INC. (d/b/a
HERALD SQUARE MARKET), JAE HAN
LEE, SUN YONG LEE and KYUNG YON
LEE,

                Defendants.
-----------------------------------------------------------X

17-CV-5407 (KHP)
CONSENT JUDGMENT

The Court hereby renders Judgment as follows:

Judgment is entered in favor of Plaintiffs Anastacio Garcia Delfino, Angel Aviles Cruz, Ernesto Garcia Maldonado, and Refugio Reyes against Defendants Herald Square Market Inc. (d/b/a Herald Square Market), Jae Han Lee, Sun Yong Lee, and Kyung Yon Lee, jointly and severally, in the amount of $200,00.00, inclusive of attorneys' fees and costs.

Enforcement of this Consent Judgment is subject to the terms and conditions of the Settlement Agreement between the Parties dated October __16__, 2018.

We stipulate to and request entry of this consent judgment.

ANASTACIO GARCIA DELFINO

_____

ANGEL AVILES CRUZ

_____

ERNESTO GARCIA MALDONADO

_____

REFUGIO REYES

_____

HERALD SQUARE MARKET INC. (d/b/a HERALD SQUARE MARKET),

By: Jae Han Lee

_____

JAE HAN LEE

_____

SUN YONG LEE

_____

KYUNG YONG LEE

_____

## CORPORATE ACKNOWLEDGMENT
## OF HERALD SQUARE MARKET INC.

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF New York  )

On the 10 day of October 2018, before me personally came Jae Han Lee as the Chief Executive Officer of HERALD SQUARE MARKET INC. to me known who, being by me duly sworn, did depose that he is the Chief Executive Officer of HERALD SQUARE MARKET INC. and that he is the individual described in and who executed the foregoing Consent Judgment, and duly acknowledged to me that he executed the same.

Notary Public David J. Lee, Esq.
Attorney at Law,
State of New York

## PERSONAL ACKNOWLEDGMENT OF JAE HAN LEE

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF New York  )

On the 10 day of October 2018, before me personally came JAE HAN LEE, to me known who, being by me duly sworn, did depose and say that he is the individual described herein and who executed the foregoing Consent Judgment, and duly acknowledged to me that he executed the same.

Notary Public David J. Lee, Esq.
Attorney at Law,
State of New York

PERSONAL ACKNOWLEDGMENT OF SUN YONG LEE

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF New York  )

On the 10 day of October 2018, before me personally came SUN YONG LEE, to me known who, being by me duly sworn, did depose and say that he is the individual described herein and who executed the foregoing Consent Judgment, and duly acknowledged to me that he executed the same.

Notary Public David J. Lee, Esq.
Attorney at Law.
State of New York

PERSONAL ACKNOWLEDGMENT OF KYUNG YON LEE

STATE OF ~~NEW YORK~~ New Jersey   )
                                    ) ss:
COUNTY OF Bergen  )

On the 9 day of December 2018, before me personally came KYUNG YON LEE, to me known who, being by me duly sworn, did depose and say that she is the individual described herein and who executed the foregoing Consent Judgment, and duly acknowledged to me that she executed the same.

Notary Public David J. Lee, Esq.
Attorney at Law,
State of New Jersey

IT IS SO ORDERED this __28th__ day of __December__ 2018

Katharine H. Parker
U.S.M.J.